## CAFASSO v. PHILADELPHIA & R. RY. CO.

(Circuit Court, S. D. New York. February 27, 1909.)

RAILROADS (§ 33\*) — FOREIGN COMPANIES—PROCESS—SERVICE—"DOING BUSINESS."

Where a railroad operates its tugs, boats, and barges in the waters of New York, and delivers coal to piers in that state, it is "doing business" therein, and subject to the service of process there, though its railroad is not within the state. .

[Ed. Note.—For other cases, see Railroads, Cent. Dig. § 71; Dec. Dig. § 33.\*

For other definitions, see Words and Phrases, vol. 3, pp. 2155–2160; vol. 8, pp. 7640–7641.]

On Motion to Set Aside Service.

Thos. J. O'Neill, for plaintiff.
Armstrong, Brown & Boland, for defendant.

NOYES, Circuit Judge. In my opinion a railroad company, whose railroad is not within the state of New York, but which operates its tugs, boats, and barges in the waters of said state, and delivers coal to piers within said state, is "doing business" therein, and subject therein to the service of process.

The motion to set aside the service of the summons and complaint, and to dismiss the action for want of jurisdiction, is denied.